IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TONYELL T. TOLIVER, Trustee of TLR
Holding Company on behalf of TLR
Holding Company                                                    PLAINTIFF

v.                          No. 4:25-cv-996-DPM

ARKANSAS STATE POLICE, Troop D, in
its official capacity; HUNTER HILL,
Trooper, in his individual and official
capacities; SPENCER MORRIS, Sergeant,
in his individual and official capacities;
WHITE MOTORS CO., a private towing
contractor, in its corporate capacity;
ARKANSAS TOWING & RECOVERY
BOARD, in its official capacity; PAUL
BURNETT, in his individual and official
capacities; JONATHAN BURNETT, in his
individual and official capacities;
FORREST CITY DISTRICT COURT;
AMY B. HUDSON, Judge, in her official
capacity for prospective relief; and
FORREST CITY DISTRICT
ATTORNEY'S OFFICE, in its official
capacity                                                         DEFENDANTS

ORDER

1. Toliver's application to proceed *in forma pauperis*, Doc. 1, is granted. She reports living off family support.

**2.** The Court must screen Toliver's complaint. *Doc. 2-2*; 28 U.S.C. § 1915(e)(2). It also notes her requests for a temporary restraining order and for an expedited ruling. *Doc. 3 & 4.*

Toliver says that she has an ongoing traffic case in state court, stemming from an allegedly baseless stop by Arkansas State Police Trooper Hill. She was issued a citation. *Doc. 2-2 at 25.* After this stop, White Motors Co. seized and towed Toliver's car. She brings claims under the Fourth and Fourteenth Amendments. Toliver also makes state-law conversion/replevin and negligence claims.

Her motion for a TRO asks for evidence preservation, a prompt post-tow process, and to allow her to retain her driving privileges. *Doc. 4 at 1.* Toliver now says that, due to her failure to appear at court in her traffic case, she has a bench warrant. *Doc. 3.* She did not provide a state case number.

\*

This Court must abstain from proceeding with Toliver's federal case. Her state criminal case is ongoing; Arkansas has an important interest in enforcing its criminal laws; and she may raise her constitutional claims during her state criminal proceedings. *Younger v. Harris*, 401 U.S. 37, 43–45 (1971). Further, Toliver hasn't alleged bad faith, harassment, or any other extraordinary circumstances that would make abstention inappropriate. *Tony Alamo Christian Ministries v. Selig*, 664 F.3d 1245, 1254 (8th Cir. 2012). Her claims are therefore stayed until

there's a final disposition of her pending state charges.  *Yamaha Motor Corp., U.S.A. v. Stroud*, 179 F.3d 598, 603–04 (8th Cir. 1999).

\*

Toliver's motions, *Doc. 3 & 4*, are denied.  The Court directs the Clerk to stay and administratively terminate this case.  Toliver can move to reopen it after final disposition of her state case, including any appeal.  Any motion to reopen must be filed within sixty days of that final disposition.  If Toliver doesn't file a timely motion to reopen or a status report by 9 October 2026, then the Court will reopen this case and dismiss it without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 October 2025

-3-