## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TONYELL T. TOLIVER, Trustee of TLR
Holding Company on behalf of TLR
Holding Company**                                                   **PLAINTIFF**

**v.**                              **No. 4:25-cv-996-DPM**

**ARKANSAS STATE POLICE, Troop D, in
its official capacity;  HUNTER HILL,
Trooper, in his individual and official
capacities;  SPENCER MORRIS, Sergeant,
in his individual and official capacities;
WHITE MOTORS CO., a private towing
contractor, in its corporate capacity;
ARKANSAS TOWING & RECOVERY
BOARD, in its official capacity;  PAUL
BURNETT, in his individual and official
capacities;  JONATHAN BURNETT, in his
individual and official capacities;
FORREST CITY DISTRICT COURT;
AMY B. HUDSON, Judge, in her official
capacity for prospective relief;  and
FORREST CITY DISTRICT
ATTORNEY'S OFFICE, in its official
capacity**                                                         **DEFENDANTS**

### JUDGMENT

All of Toliver's claims against Trooper Hunter Hill are dismissed with prejudice.  All other claims against all other defendants are dismissed without prejudice.

- 2 -

_____
D.P. Marshall Jr.
United States District Judge

_____22 June 2026_____